**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 99–70069.**

**INS No. A27–415–754.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002 *.

Decided Jan. 23, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Kwang Kai Cheng, a native and citizen of Taiwan, petitions for review of the Board of Immigration Appeals' ("BIA") denial of his motion to reopen deportation proceedings. Because the final agency order was entered after October 30, 1996, and deportation proceedings were initiated before April 1, 1997, this petition is governed by the transitional rules of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996. *See Valerio–*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

*Ochoa v. INS,* 241 F.3d 1092, 1094 (9th Cir.2001). We dismiss the petition.

Because petitioner's conviction for unlawful possession of a sawed-off shotgun is an enumerated offense pursuant to 8 U.S.C. § 1227(a)(2)(C), this court lacks jurisdiction to consider his petition for review. *See Valerio–Ochoa,* 241 F.3d at 1095–96; *Briseno v. INS,* 192 F.3d 1320, 1323 (9th Cir.1999).

Contrary to petitioner's contention, it is immaterial that petitioner was not charged as deportable under 8 U.S.C. § 1227(a)(2)(C). *See Briseno,* 192 F.3d at 1322.

PETITION DISMISSED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lalo FONSECA–DIAZ, aka Mario Dorantes–Perez aka Lalo Fonseca; Defendant–Appellant.**

**No. 00–10347.**

**D.C. No. CR–00–00005–RCC.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002 *.

Decided Jan. 23, 2002.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Lalo Fonseca–Diaz appeals his guilty plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291. Fonseca–Diaz's counsel has filed a motion to withdraw as counsel and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), identifying one potential issue for review. Fonseca–Diaz has not filed a pro se supplemental brief.

Counsel identifies the sole issue of whether the district court erred by imposing a prior aggravated felony enhancement, pursuant to 8 U.S.C. § 1326(b)(2), in violation of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument, however, has been foreclosed by our decision in *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001) (concluding that the fact of a prior conviction, whether or not admitted, is an exception to *Apprendi* ).

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Accordingly, we GRANT counsel's motion to withdraw and AFFIRM the judgment of the district court.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* Jo Anne B. Barnhart is substituted for Kenneth S. Apfel, as Commissioner of the Social Security Administration, pursuant to Fed. R.App. P. 43(c)(2).